1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 BRIAN HOGUE,                            No. CIV S-08-1056-FCD-CMK-P

12            Petitioner,

13       vs.                              ORDER VACATING FINDINGS AND

14 CALIFORNIA BOARD OF PRISON             RECOMMENDATIONS
   HEARINGS, et al.,
15
            Respondents.
16 _____/

17            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of

18 habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner's petition will be addressed separately as

19 required by Rule 4 of the Federal Rules Governing Section 2254 Cases.

20            On July 16, 2008, the undersigned filed findings and recommendations

21 recommending this action be dismissed for plaintiff's lack of prosecution and failure to comply

22 with Court Rules and orders.  Petitioner had previously been ordered to either pay the filing fee

23 or file an application to proceed in forma pauperis.  As of July 15, 2008, no application to

24 proceed in forma pauperis had been filed, nor had the filing fee been paid.  In response to the

25 findings and recommendations issued, petitioner filed a notice of compliance and objections to

26 the dismissal of this action.  Petitioner indicated in his filing that he had complied with this

court's order and paid the filing fee on or about June 11, 2008.  In support of his notice of

compliance, petitioner submitted a copy of his prison trust account indicating that $5.00 had been

withdrawn from his account on June 10, 2008.  After further review of this matter, the court has

discovered that due to a Clerk's error, petitioner's filing fee was receipted for the wrong account

and was not properly docketed.  The Clerk has corrected this error, and the filing fee has now

been correctly docketed in this case.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations

filed July 16, 2008 (Doc. 6) are vacated.


DATED:  August 22, 2008


CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE