IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN HOGUE, | 2:08-cv-01056-FCD-CMK |
| Petitioner, | **ORDER** |
| v. | |
| CALIFORNIA BOARD OF PRISON HEARINGS, et al., | |
| Respondents. | |

Respondent has requested an extension of time to file a response to the Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted. Respondent shall file a response to the Petition for Writ of Habeas Corpus on or before March 25, 2009.

DATED: February 23, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1