IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN HOGUE,<br><br>                          Petitioner,<br><br>     v.<br><br>CALIFORNIA BOARD OF PRISON HEARINGS, et al.,<br><br>                         Respondents. | 2:08-cv-01056-FCD-CMK<br><br>**ORDER** |

Respondent has requested a Second Request for an extension of time to file a response to the Petition for Writ of Habeas Corpus. Good cause appearing, IT IS HEREBY ORDERED that Respondent's request is granted. Respondent shall file a response to the Petition for Writ of Habeas Corpus on or before April 24, 2009.

DATED: March 25, 2009

                                                                /s/ Craig M. Kellison
                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE

SA2008307104
08cv1056.hogue -- 2d eot order.wpd

[PROPOSED] ORDER