IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN HOGUE,                                      No. CIV S-08-1056-FCD-CMK-P

      Petitioner,

  vs.                                                      ORDER

CALIFORNIA BOARD OF PRISON HEARINGS, et al.,

      Respondents.

                               /

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's second request for the appointment of counsel (Doc. 22) and a request for additional time to file a traverse (Doc. 23).

        There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel. Further requests for the appointment of counsel will not be considered.

1         Petitioner's request for additional time to file his traverse will be granted.
2 Petitioner may file a traverse within 30 days of the date of this order.
3         Accordingly, IT IS HEREBY ORDERED that:
4         1.    Petitioner's motion for appointment of counsel (Doc. 22) is denied;
5         2.    Petitioner's request for additional time (Doc. 23) is granted; and
6         3.    Petitioner may file a traverse within 30 days of the date of this order.

DATED: June 10, 2009

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE